Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD STAUDINGER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DUANE CHRISTY, et al.,<br><br>Defendants. | CASE NO.:<br>2:15-cv-08672-CAS-MRW<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that this matter has been settled in its entirety.  The parties are drafting a settlement agreement and anticipate filing a stipulation for dismissal of the action with prejudice within 60 days.

Dated: 9/2/2016         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                        /s/Harijot S. Khalsa
                        Harijot S. Khalsa
                        Attorney for Defendants

1

CASE NAME: Edward Staudinger v. Duane Christy, et al.
CASE NO: 15-cv-08672 CAS MRW

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**Notice of Settlement**

( x )   BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FEDERAL EXPRESS DELIVERY

    I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

ELWOOD STAUDINGER
Federal Correctional Institute 2
PO BOX 3850
Adelanto, CA 92301

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 2, 2016

                                              Ann M. Coito